IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-538-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL UBA, | ) |
| RAPHA HEALTH SYSTEMS, INC., | ) |
| d/b/a RAPHA PRIMARY CARE CENTER, | ) |
| | ) |
| DEFENDANTS. | ) |

ORDER

For good cause being shown upon the request of the parties, it is hereby ORDERED THAT

Magistrate Judge <u>William A. Webb</u> is appointed to conduct a court hosted settlement conference.

IT IS FURTHER ORDERED that the conference be held on one of the following dates, if convenient for the Court: August 8, August 9, or August 12, 2011.

So ORDERED this <u>7th</u> day of June, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge