IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:10-CV-538-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL C. UBA AND | ) |
| RAPHA HEALTH SYSTEMS, INC., | ) |
| doing business as RAPHA | ) |
| PRIMARY CARE CENTER, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

The parties provide notice, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, that all matters giving rise to this action against defendants Daniel C. Uba and Rapha Health Systems, Inc., have been settled and that this action be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted this 28th day of February, 2012.

THOMAS G. WALKER
United States Attorney

2/27/12  
DATE

BY: /s/ Neal I. Fowler  
NEAL I. FOWLER  
Assistant United States Attorney  
310 New Bern Avenue  
Federal Building, Suite 800  
Raleigh, NC 27601-1461  
Telephone: (919) 856-4530  
Facsimile: (919) 856-4821  
Attorney for the Plaintiff

| | |
|---|---|
| 2/28/12 | /s/ Jose A. Coker |
| DATE | R. JONATHAN CHARLESTON, Esquire |
| | WILLIAM W. AYCOCK, Jr., Esquire |
| | JOSE A. COKER, Esquire |
| | P. O. Box 1762 |
| | Fayetteville, NC 28302-1762 |
| | Telephone: (910) 485-2500 |
| | Facsimile: (910) 485-2599 |
| | Attorneys for Defendants |